IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

-------------------------------------------------------------------- x

CHINA EXPORT & CREDIT INSURANCE CORP.  :
a/s/o SHENZHEN ABSEN OPTOELECTRONIC    :     Docket No.: **6:19-cv-2329**
CO., LTD., ABSEN, INC. and SHENZHEN ABSEN :
OPTOELCTRONIC CO., LTD. and ABSEN, INC. and : **Answer to Counterclaim**
in their individual capacities,              :
                                             :
                       Plaintiffs,           :
        -against-                            :
                                             x
FORMETCO, INC.,
                       Defendant.
--------------------------------------------------------------------

Plaintiffs China Export & Credit Insurance Corp. ("Sinosure") a/s/o Shenzhen Absen Optoelectronic Co., Ltd., and Absen, Inc., and Shenzhen Absen Optoelectronic Co., Ltd., and Absen, Inc., in their individual capacities, through their undersigned attorneys, state in response to the numbered paragraphs in the counterclaim submitted in behalf of Formetco, Inc. ("Formetco"), state upon information and belief as follows:

1. ADMIT.

2. DENIES knowledge or information sufficient to form a belief as to whether Formetco manufactures and sells both static and LED billboards and components domestically and abroad.

3. DENIES knowledge or information sufficient to form a belief as to whether Formetco is a "leader" in the digital billboard industry, and as to any information regarding its "tiled" LED assembly and the software.

4. DENIES knowledge or information sufficient to form a belief as to the valuable array of confidential and proprietary intellectual property or whether such are "utilized" in Formetco's LED modules.

1

5. DENIES knowledge or information sufficient to form a belief as to the confidentiality, proprietary and technical configurations or whether such are "owned" by Formetco.

6. ADMIT.

7. ADMIT.

8. ADMIT.

9. ADMIT.

10. ADMIT.

11. ADMIT.

12. DENIES knowledge or information sufficient to form a belief as to whether, or from whom, Formetco purchases or has purchased digital billboard components, other than Absen, Inc.

13. DENY, as alleged, that "Absen, Inc., manufactures and assembles LED modules for Formetco."

14. DENY knowledge or information sufficient to form a belief as to whether such software is "Formetco's operating software."

15. DENY knowledge or information sufficient to form a belief as to what is meant by the phrase "the limited manufacturing guidelines," and therefore DENY that "Absen, Inc., then manufactures the LEDs based upon *the limited manufacturing guidelines* provided by Formetco."

16. DENY, as alleged, that Absen, Inc., "is specifically responsible for ensuring the quality of the LED used," as the allegation not only lacks clarity but also calls for a conclusion of law.

17. DENY, as alleged, that the agreement entered in to on or about September 13, 2018 is the sole document governing the purchase and sale of LED modules.

18. DENY

19. DENY. The allegations of paragraph 19 reference multiple documents, the terms of which speak for the themselves, and plaintiffs DENY any allegations inconsistent therewith.

20. DENY.

21. DENY knowledge or information sufficient to form a belief as to where Formetco's signs are installed.

22. DENY.

23. DENY.

24. DENY knowledge or information sufficient to form a belief as to whether Formetco has incurred remediation costs, and DENY that any such remediation costs, if they occurred, were due to any material defect in LED components provided by Absen.

25. DENY knowledge or information as to the promptness of the Formetco's May 7, 2019 demand letter, and DENY the existence of material "LED issues."

26. DENY.

27. The allegations of paragraph 27 reference multiple documents, the terms of which speak for the themselves, and plaintiffs DENY any allegations inconsistent therewith.

28. DENY knowledge or information sufficient to form a belief as to what Formetco warranted to its own customers, and DENY knowledge or information as to whether Formetco incurred costs and damages associated with honoring its own warranties, and otherwise DENY that Absen has failed and refused to honor its warranty obligations, and refer all questions of law to the court as to the legal effect of the various governing agreements.

29. DENY.

30. DENY.

### In Response to Count I of the Counterclaim: Breach of Contract

31. Plaintiffs incorporate by reference their preceding defenses and allegations as if fully restated herein verbatim.

32. DENY.

33. DENY.

34. DENY that Formetco is entitled to recover attorneys' fees, as plaintiffs DENY knowledge or information sufficient to form a belief as to the existence of defects or "issues" with certain LED components, and plaintiffs DENY any allegations inconsistent therewith.

### In Response to Count II of the Counterclaim: Alter Ego Liability

35. Plaintiffs incorporate by reference their preceding defenses and allegations as if fully restated herein verbatim.

36. ADMIT that Absen, Inc. is a wholly owned subsidiary of Shenzhen Absen Optoelectronic Co., Ltd.

37. DENY that Absen, Inc., is the alter ego and mere instrumentality of Shenzhen Absen Optoelectronic Co., Ltd., and therefore DENY that each is directly liable for any alleged breach by the other, which allegations are DENIED.

38. DENY that Shenzhen Absen Optoelectronic Co., Ltd. manufactured LED components, DENY that Shenzhen Absen Optoelectronic Co., Ltd. was paid directly – albeit not in full, such failure by Formetco constituting a breach of Formetco's obligations to pay – for the LED components.

39. DENY.

40. DENY.

WHEREFORE, plaintiffs China Export & Credit Insurance Corp. a/s/o Shenzhen Absen Optoelectronic Co., Ltd., and Absen, Inc., and Shenzhen Absen Optoelctronic Co., Ltd. and

Absen, Inc. and in their individual capacities, demand that the Formetco, Inc.'s counterclaims be dismissed, and that plaintiffs be awarded attorneys' fees, costs and disbursements for defending against such counterclaims, and that the court grant such other and further relief as it deems just and proper.

Dated: New York, New York
        May 4, 2020

                                        MAZZOLA LINDSTROM LLP

                                      _____
                                      Jean-Claude Mazzola
                                      1350 Avenue of the Americas, 2nd Floor
                                      New York, New York 10019
                                      Tel: (646) 216-8585
                                      jeanclaude@mazzolalindstrom.com
                                      *Attorneys for plaintiffs*