UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CHINA EXPORT & CREDIT INSURANCE
CORP a/s/o SHENZHEN ABSEN
OPTOELECTRIC CO., LTD., ABSEN INC.,
SHENZHEN ABSEN OPTOELECTRONIC
CO., LTD., ABSEN, INC., ET AL.,

    Plaintiffs,

v.                CASE NO.: 6:19-cv-02329-PGB-EJK

FORMETCO, INC.

    Defendant.


FORMETCO, INC.

    Counter Claimant,

v.

ABSEN, INC., SHENZHEN ABSEN
OPTOELECTRONIC CO., LTD.

    Counter Defendants.

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

  Plaintiff China Export & Credit Insurance Corp. ("Sinosure"), Plaintiff Shenzhen Absen Optoelectronic Co., Ltd. ("Absen Shenzhen"), Plaintiff Absen, Inc. ("Absen") (collectively, Sinosure, Absen Shenzhen, and Absen are "Plaintiffs"), and Defendant Formetco, Inc. ("Defendant") (collectively, Plaintiffs and Defendant are the "Parties"), by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate that all of Plaintiffs' claims against Defendant and all of Defendant's counterclaims against Plaintiffs in the above-captioned action are dismissed

1

with prejudice, and that the above-captioned action is dismissed with prejudice, with the Parties to bear their own respective costs and attorneys' fees.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the Parties certify that they have conferred and jointly stipulate to the voluntary dismissal with prejudice of the above-captioned action.

Dated:  August 5, 2021                           Respectfully Submitted,

| | |
|---|---|
| /s/ William J. Denius | /s/ Clay M. Carlton |
| William J. Denius | Robert M. Brochin |
| Fla. Bar No. 0093637 | Fla. Bar No. 0319661 |
| KILLGORE, PEARLMAN, SEMANIE, DENIUS & SQUIRES, P.A. | bobby.brochin@morganlewis.com |
| 800 North Magnolia Avenue, Suite 1500 | Clay M. Carlton |
| Orlando, FL 32803 | Florida Bar No. 85767 |
| Telephone: (407) 425-1020 | clay.carlton@morganlewis.com |
| Facsimile: (407) 839-3635 | MORGAN, LEWIS & BOCKIUS LLP |
| wjdenius@kpsds.com | 200 S. Biscayne Boulevard, Suite 5300 |
| | Miami, FL 33131-2339 |
| | Telephone: (305) 415-3000 |
| | Facsimile: (305) 415-3001 |

/s/ Robert D. Thomas
Robert D. Thomas (*Admitted Pro Hac Vice*)
GA Bar No. 278646
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, #4000
Duluth, GA 30097
Telephone: (770) 822-0900
rthomas@atclawfirm.com

*Attorneys for Formetco, Inc.*

*Attorneys for Absen, Inc. and Shenzhen Absen Optoelectronic Co., Ltd.*

/s/ Jean-Claude Mazzola
Jean-Claude Mazzola
Fla. Bar No. 73466
MAZZOLA LINDSTROM LLP
733 Third Avenue, 15th Floor
New York, NY 10017
Telephone: (646) 216-8585
jeanclaude@mazzolalindstrom.com

*Attorney for China Export & Credit Insurance Corp., Absen, Inc., and Shenzhen Absen Optoelectronic Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2021, I filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record for the Parties.

*/s/ Clay M. Carlton*
Clay M. Carlton